UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SAFECO INSURANCE
COMPANY OF AMERICA

VERSUS

JOSEPH WHITAKER AND
CYNTHIA WHITAKER

CIVIL ACTION NO. 5:08-cv-00591

JUDGE S. MAURICE HICKS

MAG. JUDGE MARK L. HORNSBY

_____

## ORDER

Considering the *Ex Parte* Motion for § 13:3921 Judgment Against Garnishee, Willis-Knighton Medical Center, filed by Plaintiff, Safeco Insurance Company of America (hereinafter, "Motion");

**IT IS ORDERED** that the Motion be and hereby is GRANTED;

**IT IS FURTHER ORDERED** that the garnishment filed against Willis-Knighton Medical Center, garnishee, be placed in proper line for payment, and upon reaching preference status, be maintained;

**IT IS FURTHER ORDERED** that Willis-Knighton Medical Center, garnishee, deliver unto Safeco Insurance Company of America, through its counsel of record, twenty-five (25%) of the gross severance amount owed to Joseph Whitaker, Judgment Debtor herein, provided said twenty-five (25%) does not infringe upon the amount which is exempt by law;

**IT IS FURTHER ORDERED** that upon payment of the Consent Judgment rendered in favor of Safeco Insurance Company of America and against the named Defendants (rec. doc. 17), Willis-Knighton Medical Center, garnishee, be relieved from any further liability in the captioned matter; and

**IT IS FURTHER ORDERED** that Willis-Knighton Medical Center, garnishee, may deduct, from the non-exempt portion of Joseph Whitaker's gross severance amount, a processing fee of three dollars ($3.00) for each pay period this Garnishment Judgment is in effect, pursuant to LA. REV. STAT. ANN. § 13:3921(B).

Shreveport, Louisiana this __5th__ day of January, 2016.



_____
JUDGE

2